ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEWART WILLIAMS, JEFFREY TORRES, AND ALLAN HAMILTON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

NETGEAR, INC.,

Defendant.

Case No. 5:17-cv-02096-LHK

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Judge: Hon. Lucy H. Koh
Action Filed: April 14, 2017

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Stewart Williams, Jeffrey Torres, and Allan Hamilton (collectively, "Plaintiffs") hereby voluntarily dismiss the above-entitled action against Defendant NETGEAR, Inc. ("NETGEAR") Plaintiffs' dismissal is *with prejudice* as to their individual claims and *without prejudice* as to the claims of the putative classes. Plaintiffs hereby file this notice of dismissal with the Clerk of the Court before filing or service by NETGEAR of a responsive pleading or any motion.

Dated: August 9, 2017

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
NOAH M. SCHUBERT
SCHUBERT JONCKHEER & KOLBE LLP

By: */s/ Noah M. Schubert*
NOAH M. SCHUBERT

Attorneys for Plaintiff,
STEWART WILLIAMS

sd-704510